## 55596. HAYNES v. THE STATE.

BELL, Chief Judge.

Defendant was convicted of burglary. The trial court denied his motion for directed verdict of acquittal. The denial of this motion is the only enumeration of error. An examination of the transcript shows that the evidence authorizes the guilty verdict.

*Judgment affirmed. Shulman and Birdsong, JJ., concur.*

SUBMITTED APRIL 10, 1978 — DECIDED MAY 12, 1978.

*Edwards, Edwards & Edwards, H. B. Edwards, III,* for appellant.
*H. Lamar Cole, District Attorney, Alden W. Snead, Assistant District Attorney,* for appellee.